# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID THOMASON**                                                                      **PLAINTIFF**
**ADC #659750**

**V.**                            **4:19-CV-601 SWW**

**RICKEY A. DENTON, State**                                  **DEFENDANT**
**Trooper, Arkansas**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that

1. Plaintiff's Complaint (Doc. No. 2) is DISMISSED, without prejudice, for failure to state a claim on which relief may be granted.

2. The dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g).

3. The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 3rd day of October, 2019.

                                                /s/Susan Webber Wright
                                         UNITED STATES DISTRICT JUDGE