## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**DAVID THOMASON**                                                **PLAINTIFF**
**ADC  #659750**

**V.**                               **4:19-CV-601 SWW**

**RICKEY A. DENTON, State**                                      **DEFENDANT**
**Trooper, Arkansas**

### JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of October, 2019.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE